**Floyd SCHROEDER and Floyd Schroeder, d/b/a I–70 Farmers Livestock Market, Appellant,**

v.

**MISSOURI DEPARTMENT OF AGRICULTURE, ex rel. John SAUNDERS, Director of Department of Agriculture, Defendant,**

**Grantsville Stockyards, Friends Stockyards, Inc. and Pennsylvania Livestock Auction, Inc., Respondent.**

**No. WD 53615.**

Missouri Court of Appeals, Western District.

Nov. 18, 1997.

James A. Rahm, Joyce J. Wendel, Fahm, Crawford & Wendel, Carrollton, for appellant.

Gerald D. Eftink, Van Hooser, Olsen & Eftink, P.C., Kansas City, for respondent.

Before ULRICH, C.J., and SPINDEN and HANNA, JJ.

### ORDER

PER CURIAM:

The issue presented is whether Floyd Schroeder, d/b/a I–70 Farmers Livestock Market, is liable for the purchase price of cattle delivered to him by Friends Stockyards, Inc. and Grantsville Stockyards as a

result of Jay Stoneking purporting to buy the cattle in Mr. Schroeder's behalf. An apparent agency relationship was established by historical business practices of Mr. Schroeder and Mr. Stoneking. This agency relationship, as well as Mr. Schroeder's acceptance of the delivered cattle, combine to hold Mr. Schroeder liable for the balance of the contract price of the cattle purchased by Mr. Stoneking in behalf of Mr. Schroeder. Summary judgment entered in favor of the sellers is affirmed. Rule 84.16(b).